# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-CR-209 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| ALLEN D. NYE, | |
| Defendant(s). | |

Presently before the court is *United States v. Nye*, case no. 2:05-cr-00209-JCM-GWF. Allen Nye ("petitioner") filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 based upon the application of *Johnson v. United States*, 135 S. Ct. 2551 (2015) to his sentence. (ECF No. 160). He also filed a supplemental motion to vacate. (ECF No. 161). Briefing shall proceed as follows: respondent has thirty days from the date of this order to file a response. Thereafter, petitioner has thirty days to file a reply.

Accordingly,

It is ORDERED that respondent file a response to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 no later than thirty (30) days from the date of this order. Petitioner's reply is due thirty (30) days thereafter.

DATED May 23, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**